(No. 74-CC-144—Claimant )

RUTH J. JACOBS, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF PERSONNEL, Respondent.

*Opinion filed April 17, 1974.*

RUTH J. JACOBS, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-224—Claimant )

LEEPS, INC., HENRY C. MEYER, and JOHN M. FALASZ, JR., their attorney, Claimants, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed April 17, 1974.*

LANE, FALASZ, POLLMAN & MUNDAY, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.